# ELECTRONIC RECORD

COA # 05-13-00922-CR          OFFENSE: 22.021

STYLE: Leander Douglas Adams III v. The State of Texas          COUNTY: Dallas

COA DISPOSITION:     AFFIRM          TRIAL COURT: 282nd Judicial District Court

DATE: 6/18/2014          Publish: NO   TC CASE #:     F-1170881-S

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Leander Douglas Adams III v. The State of Texas          CCA #:     **985-14**

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: _November 26, 2014_          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**